UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>      v.<br><br>BOGGS EQUIPMENT & ENGINEERING, INC.; STEPHEN BOGGS; KELLY C. HORN; JUSTIN S. OWEN; AMY M. OWEN; ERIC M. HORN; ANDREW G.L. HORN an individual minor by and through his Guardian ad litem; GARRETT M. HORN an individual minor by and through his guardian ad litem; and DOES 1-10;<br><br>        Defendants. | CASE NO. 2:13-CV-00981-WBS-AC<br><br>Hon. William B. Shubb<br><br>ORDER TO CONTINUE STATUS CONFERENCE<br><br>**Proposed New Status Conference**<br><br>Date : November 18, 2013<br>Time : 2:00 p.m.<br>Dept. : Courtroom 5<br><br>Complaint Filed: May 17, 2013 |

The Court having reviewed the Parties' Joint Application and Stipulation to Continue the Status Conference, and the Court finding good cause ORDERS:

The status conference set for October 7, 2013, is continued to **November 25, 2013, at 2:00 p.m.** The parties shall submit a joint status conference report by November 12, 2013.

SO ORDERED:

Dated: October 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1