UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>BOGGS EQUIPMENT & ENGINEERING, INC.; STEPHEN BOGGS; KELLY C. HORN; JUSTIN S. OWEN; AMY M. OWEN; ERIC M. HORN; ANDREW G.L. HORN an individual minor by and through his Guardian ad litem; GARRETT M. HORN an individual minor by and through his guardian ad litem; and DOES 1-10,<br><br>    Defendants. | Case No. 2:13-CV-00981-WBS-AC<br><br>Hon. William B. Shubb<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT AS TO DEFENDANT STEPHEN BOGGS ONLY |

PURSUANT to the stipulation between plaintiff, Catlin Specialty Insurance Company, and defendant, Stephen Boggs, it is so ordered that the complaint filed against defendant STEPHEN BOGGS, is hereby dismissed in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party is to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: February 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE